UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 15−32754
Chapter 13
Beverly McCullough

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on January 11, 2016 at 09:00 AM

to consider and act upon the following:

*18* – Objection to Claim # 3 (PINNACLE BANK) filed by Richard D. Shinbaum on behalf of Beverly McCullough. Responses due by 12/22/2015. (Shinbaum, Richard)

*21* – Trustee requests objection to claim be set for hearing (Non−Image Entry) (RE: related document(s)18 Objection to Claim filed by Debtor Beverly McCullough) filed by Trustee Curtis C. Reding (Reding, Curtis)

Dated: December 8, 2015

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court